FISKE H. VENTRES *v*. PLANNING AND ZONING
COMMISSION OF THE TOWN OF BURLINGTON

The defendant's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Walter C. Nicksa, Jr.*, in support of the petition. *Edward F. Scully*, in opposition.

Decided April 1, 1980

DOMENIC L. MASCOLO *v*. ZONING BOARD OF APPEALS
OF THE CITY OF WATERBURY ET AL.

The petition of the defendant Daniel P. O'Connor for certification for appeal from the Superior Court in the judicial district of Waterbury is denied by the court.

*Timothy C. Moynahan*, in support of the petition. *Richard F. Atkins*, in opposition.

Decided April 1, 1980

ROBERT HELBIG *v*. ZONING COMMISSION OF THE
NOANK FIRE DISTRICT

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New London is granted by the court.

*Emmet L. Cosgrove*, in support of the petition. *Frank N. Eppinger*, in opposition.

Decided April 1, 1980